NORTHERN PAC. RY. CO. v. DE LACEY. (Circuit Court of Appeals, Ninth Circuit. February 8, 1897.) No. 339. Error to the Circuit Court of the United States for the District of Washington, Western Division. D. J. Crowley, B. S. Grosscup, and F. M. Dudley, for plaintiff in error. A. W. Ballard, for defendant in error. No opinion. Motion to dismiss denied, and judgment of the circuit court affirmed, with costs.

OLSON v. SNYDER. (Circuit Court of Appeals, Eighth Circuit. December 8, 1896.) No. 735. Appeal from the Circuit Court of the United States for the District of Nebraska. Richard H. Manning, for appellant. John G. Manahan, for appellee. No opinion. Dismissed, with costs, pursuant to twenty-third rule, for failure to print record, on motion of counsel for appellee.

OREGON SHORT LINE & U. N. RY. CO. v. AMERICAN LOAN & TRUST CO. (Circuit Court of Appeals, Ninth Circuit. November 16, 1896.) No. 239. Appeal from the Circuit Court of the United States for the District of Oregon. R. S. Hall and Zera Snow, for appellant. J. N. Dolph, for appellee. Dismissed, pursuant to stipulation.

OREGON SHORT LINE & U. N. RY. CO. v. AMERICAN LOAN & TRUST CO. (Circuit Court of Appeals, Ninth Circuit. November 16, 1896.) No. 282. Appeal from the Circuit Court of the United States for the District of Oregon. R. S. Hall and Zera Snow, for appellant. Dismissed, pursuant to stipulation.

OREGON SHORT LINE & U. N. RY. CO. v. AMERICAN LOAN & TRUST CO. (Circuit Court of Appeals, Ninth Circuit. November 16, 1896.) No. 286. Appeal from the Circuit Court of the United States for the District of Oregon. R. S. Hall and Zera Snow, for appellant. Sanderson Reed and H. W. Gogue, for appellee. Dismissed, pursuant to stipulation.

OREGON SHORT LINE & U. N. RY. CO. v. AMERICAN LOAN & TRUST CO. (Circuit Court of Appeals, Eighth Circuit. November 23, 1896.) No. 878. Appeal from the Circuit Court of the United States for the District of Wyoming. R. S. Hall, for appellant. Zera Snow, for appellee. Dismissed, pursuant to stipulation of the parties.

PHILADELPHIA TRACTION CO. v. PALMER. (Circuit Court of Appeals, Third Circuit. February 22, 1897.) In Error to the Circuit Court of the United States for the Eastern District of Pennsylvania. J. Howard Gendell, for plaintiff in error. Ellery P. Ingham, for defendant in error. Before DALLAS, Circuit Judge, and BUTLER and WALES, District Judges.

PER CURIAM. The judges by whom this case was heard, including the late Judge WALES, had, some time previous to his death, all agreed upon the disposition to be made of it. The survivors of those who then constituted